IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

NORTHERN DIVISION

| | |
|---|---|
| DIANE R. PRIGGE,<br><br>Plaintiff,<br><br><br>vs.<br><br><br>WOODS CROSS POLICE DEPARTMENT, OFFICER MATTHEWS, DETECTIVE HOFFMAN, SGT. SANTOS, CHIEF BUTLER,<br><br>Defendants. | ORDER PARTIALLY ADOPTING REPORT AND RECOMMENDATION<br><br><br><br>Case No. 1:14-CV-87<br>Judge Dee Benson |

Before the Court is the Report and Recommendation issued by United States Magistrate Judge Paul M. Warner, recommending (1) that Plaintiff's complaint be dismissed and (2) that "Plaintiff be given leave to file an amended complaint that complies with the applicable pleading requirements within twenty-one days."  (Dkt. No. 7.)

The parties were notified of their right to file objections to the Report and Recommendation within fourteen (14) days after receiving it.  Neither party has filed such an objection.

Having reviewed all relevant materials, including the reasoning set forth in the

Magistrate Judge's Report and Recommendation, the court adopts the Report and

Recommendation with a slight adjustment.  The court agrees that plaintiff's complaint, as

presently filed, is insufficient.  Accordingly, and in accord with the Magistrate Judge's

recommendation, the court hereby grants plaintiff leave to file an amended complaint that

complies with the applicable pleading requirements.  Plaintiff shall have twenty-one days in

which to file her Amended Complaint.  Failure to do so will result in dismissal of this case.

 IT IS SO ORDERED.

 DATED this 21st day of May, 2015.

            Dee Benson
            United States District Judge